LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Defendant Monaco Landscape Maintenance Association, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERIFICATES, SERIES 2005-9;<br><br>Plaintiff,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; LN MANAGEMENT LLC SERIES 8007 PALACE MONACO a/k/a LN MANAGEMENT, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | CASE NO.  2:16-cv-00648-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant MONACO LANSCAPE MAINTENANCE ASSOCIATION, INC. ("HOA") shall have through and including **May 16, 2016**, to file a response to The Bank of New York Mellon's Complaint (Document 1).

\ \ \

This is the first extension from the original due date of **April 15, 2016**, and the parties' first request for an extension.

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that counsel for the HOA requires more time to evaluate and respond to The Bank of New York Mellon's Complaint as counsel has just recently been retained. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

DATED: this 19th day of April, 2016.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By: /s/ H. Sunny Jeong
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive
Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Defendant Monaco Landscape Maintenance Association, Inc.*

DATED: this 19th day of April, 2016.

AKERMAN, LLP

By: /s/ Tenesa S. Scaturro
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 634-5000 - Telephone
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon*

\ \ \

\ \ \

\ \ \

*The Bank of New York Mellon v. Monaco Landscape Maintenance Association, Inc.*
2:16-cv-00648

## ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: _____April 25__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By: _/s/ H. Sunny Jeong_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com
*Attorneys for Defendant Monaco Landscape Maintenance Association, Inc.*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512