MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
            tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; LN MANAGEMENT LLC SERIES 8007 PALACE MONACO a/k/a LN MANAGEMENT, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.:   2:16-cv-00648-APG-PAL<br><br>**STIPULATION TO EXTEND PLAINTIFF THE BANK OF NEW YORK MELLON'S TIME TO OPPOSE DEFENDANT RED ROCK FINANCIAL SERVICES' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2005-9 (**BNY Mellon**) and defendant Red Rock Financial Services (**Red Rock**) hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

. . .

. . .

{38134410;1}                                        1

The parties stipulate and request BNY Mellon's time to respond to Red Rock's motion to dismiss, filed April 14, 2016, (ECF No. 11) to be continued from May 3, 2016 to May 17, 2016.

This is the first request for an extension of this deadline. BNY Mellon requests the additional time to afford it the opportunity to adequately respond to Red Rock's motion and to allow sufficient time for client review of the response. The parties submit this request in good faith without the purpose of undue delay.

DATED this 26th day of April, 2016.

| | |
|---|---|
| **AKERMAN LLP** | **KOCH & SCOW LLC** |
| */s/ Tenesa Scaturro* | */s/ Steven B. Scow* |
| MELANIE D. MORGAN, ESQ. | DAVID R. KOCH, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8803 |
| TENESA S. SCATURRO, ESQ. | STEVEN B. SCOW, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 9906 |
| 1160 Town Center Drive, Suite 330 | BRODY R. WIGHT, ESQ. |
| Las Vegas, NV 89144 | Nevada Bar No. 13615 |
| | 11500 South Eastern Avenue, Suite 210 |
| *Attorneys for Plaintiff* | Henderson, NV 89052 |
| | *Attorneys for Red Rock Financial Services* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 28, 2016

{38134410;1}

2