UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THE BANK OF NEW YORK MELLON,

Plaintiff,

v.

MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC., et al.,

Defendants.

Case No. 2:16-cv-00648-APG-PAL

ORDER

(Stip to Stay – Dkt. #28)

Before the court is the parties' Stipulation to Stay Federal Court Action (Dkt. #28).  For good cause shown,

**IT IS ORDERED** that a temporary stay is **GRANTED**, and the parties shall have until **July 5, 2016**, to submit a joint status report.  Absent a showing of good cause and further order of the court, the stay will expire July 5, 2016.

DATED this 3rd day of June, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE