MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       tenesa.scaturro@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-9*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; LN MANAGEMENT LLC SERIES 8007 PALACE MONACO a/k/a LN MANAGEMENT, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.:   2:16-cv-00648-APG-PAL<br><br>**STIPULATION FOR DISMISSAL**<br><br><br>**ORDER** |

Plaintiff The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2005-9 (**BNY Mellon**); defendants Monaco Landscape Maintenance Association, Inc.; LN Management LLC Series 8007 Palace Monaco a/k/a LN Management, LLC; and Red Rock Financial Services stipulate to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

{38558226;1}                                           1

On June 21, 2016, the state court granted defendants' motion to reopen the case in state court. The litigation, therefore, will proceed in state court, and the parties agree to dismiss this action. The parties further stipulate and jointly request the court authorize the clerk to release BNY Mellon's cash deposit, ECF No. 23, to BNY Mellon's counsel upon entry of an order approving this stipulation.

DATED this 6th day of July, 2016.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Tenesa S. Scaturro*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>*Attorneys for Plaintiff The Bank of New York Mellon f/k/a Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-9* | */s/ H. Sunny Jeong*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>H. SUNNY JEONG, ESQ.<br>Nevada Bar No. 12981<br>9080 W. Post Road, Suite 100<br>Las Vegas, NV 89148<br><br>*Attorneys for Defendant Monaco Landscape Maintenance Association, Inc.* |
| */s/ Kerry P. Faughnan*<br>KERRY P. FAUGHNAN, ESQ.<br>Nevada Bar No. 12204<br>P.O. Box 335361<br>North Las Vegas, NV 89033<br><br>*Attorneys for Defendant LN Management LLC Series 8007 Palace Monaco a/k/a LN Management, LLC* | **KOCH & SCOW LLC**<br><br>*/s/ Steven B. Scow*<br>DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8803<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>BRODY R. WIGHT, ESQ.<br>Nevada Bar No. 13615<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, NV 89052<br><br>*Attorneys for Defendant Red Rock Financial Services, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 6, 2016.

{38558226;1}

2