MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-9*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC.; LN MANAGEMENT LLC SERIES 8007 PALACE MONACO a/k/a LN MANAGEMENT, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00648-APG-PAL<br><br>**ORDER TO RELEASE BOND** |

LN Management LLC Series 8007 Palace Monaco demanded The Bank of New York Mellon f/k/a Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-9 (**BoNYM**) post a cost bond pursuant to NRS 18.130(1). (ECF No. 10) The court entered an order directing a $500.00 cash deposit. (ECF No. 13.) The cash deposit was subsequently made by Akerman LLP on behalf of its client. (ECF No. 23.) The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . .

1

50369287;1

." NRS 18.130(1). The court granted a stipulation of Dismissal without prejudice. (ECF No. 34.) The court subsequently entered judgment on all remaining claims and instructed the clerk to close the case. (ECF Nos. 107-108.) Since no costs may be awarded against BoNYM and this matter is now concluded, the court will refund the $500.00 deposit plus interest to Akerman LLP.

IT IS SO ORDERED.

Dated: October 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*
**AKERMAN LLP**

*/s/ Tenesa S. Powell*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon f/k/a Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-9*

50369287;1